**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTHONY ONTIVEROS,

    Plaintiff,

vs.                                                    Cause No. 1:22-CV-776 WJ/KBM

NEW MEXICO DEPT. OF CORR.,
MICHAEL ANCHONDO, THE GEO GROUP, INC.,
JEREMY ORTEGA, J. HERNANDEZ (AKA X),
JOHN DOE 1-100,

    Defendants.

## NOTICE OF FILING STATE COURT RECORD

Defendants, hereby give notice of compliance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico by filing certified copies of the pleadings filed in the First Judicial District for the State of New Mexico, County of Santa Fe, Cause No. D-101-CV-2021-00938, filed by Anthony Ontiveros, Plaintiff.

                                      Respectfully submitted,

                                      YLAW, P.C.

                                      */s/ Michael S. Jahner*
                                      Michael S. Jahner
                                      *Attorneys for Defendant The GEO Group, Inc.*
                                      4908 Alameda Blvd., NE
                                      Albuquerque, NM  87113
                                      (505) 266-3995
                                      (505) 268-6694 (fax)
                                      mjahner@ylawfirm.com

I hereby certify that on this 7th day
of November, 2022, I filed the foregoing
electronically, and sent a copy via U.S. mail to:

Anthony Ontiveros #79574
Northwest New Mexico Correctional Center
P.O. Box 800
Grants, NM 87020
Plaintiff *pro se*

*/s/ Michael S. Jahner*
Michael S. Jahner